

# Fourth Court of Appeals
## San Antonio, Texas

April 02, 2013

No. 04-13-00051-CV

Norma **GARZA**,
Appellant

v.

**SAN ANTONIO WATER SYSTEM**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-12912
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

In this appeal, appellant appeals a judgment signed September 21, 2012. Appellant did not file a motion for new trial or any other documents that would extend the deadline for filing a notice of appeal. Accordingly, the notice of appeal was due October 21, 2013, or a motion for extension of time to file the notice of appeal was due fifteen days later on November 5, 2013. *See* TEX. R. APP. P. 26.1, 26.3. The record contains a notice of appeal file stamped November 6, 2013, and attached to the notice of appeal is a certificate of service stating the notice of appeal was filed on November 6, 2012. Appellant did not file a motion for extension of time to file the notice of appeal.

Appellant's notice of appeal is untimely even under the mailing rule set forth in rule 9.2(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.2(b); *Lofton v. Allstate Ins. Co.*, 895 S.W.2d 693 (Tex. 1995). Moreover, we cannot imply a motion for extension of time because appellant did not file the notice of appeal within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (Tex. 1997).

Accordingly, we **ORDER** appellant to file, on or before **April 12, 2013**, a response establishing that the notice of appeal was timely filed. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required, appellant must ask the district clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of this court.

FILE COPY

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

Keith E. Hottle, Clerk of Court

